IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Francis M. Allegra)

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully moves the Court for a 30-day enlargement of time from June 27, 2005, to and including July 27, 2005, in which to file a response to the complaint. This is the second request by defendant for this purpose, with 30 days having been granted previously. As good cause therefor, defendant states as follows:

Plaintiff filed the complaint in this case on March 29, 2005. Pursuant to 28 U.S.C. Section 520, the United States Department of Justice requested the views of the Internal Revenue Service with respect to this matter. IRS personnel have been preparing the defense letter and assembling the administrative files with respect to this action. To date, defendant's attorney has not received the defense letter and administrative files. Without the defense letter and administrative files, defendant's trial attorney cannot prepare a meaningful response to plaintiff's

complaint. An additional thirty days are needed for the IRS to complete the defense letter and forward it to the Department of Justice for use by defendant's attorney in preparing a response.

Plaintiff's attorney stated that he has no objection to the allowance of this motion. Accordingly, defendant requests that the Court allow the requested enlargement of time.

Respectfully submitted,

June 21, 2005
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

June 21, 2005
Date

s/David Gustafson
Of Counsel

Attorneys for Defendant