# In The United States Court of Federal Claims

No. 05-411 T

(Filed: June 22, 2005)

PRESIDIO ADVISORS, LLC,
NORVEST LTD.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 21, 2005, defendant filed a second motion for an extension of time in which to file a response to plaintiff's complaint. Defendant's response was originally due May 31, 2005, which was extended to June 27, 2005, by order dated June 6, 2005. The motion is hereby **GRANTED**. Defendant shall file its response to the complaint on or before **July 27, 2005**.

**No further enlargements will be granted**. If no responsive pleading is received by July 27, 2005, the court will enter a general denial in this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge