IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRESIDIO ADVISORS, LLC,<br>NORVEST LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No: 05-411 T<br>Judge Francis M. Allegra |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the parties jointly move the Court for a 7-day enlargement of time from September 14, 2005, to and including September 21, 2005, in which to file their Joint Preliminary Status Report. This is the first request by either party for this purpose.

The parties have discussed the Joint Preliminary Status Report but have not yet been able to finalize it as a result of conflicting travel schedules. Accordingly, the parties respectfully request that the Court allow the requested enlargement of time.

Respectfully submitted,

9/14/05
Date

McGee Grigsby by Deborah Erwin
McGEE GRIGSBY
Latham & Watkins, LLP
555 Eleventh St., N.W.
Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)

DEBORAH ERWIN

9/14/05
Date

Deborah Erwin
Of Counsel

Attorneys for Plaintiff

9/13/05
Date

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief, Court of Federal Claims Section

9/13/05
Date

Of Counsel

Attorneys for Defendant