# In The United States Court of Federal Claims

No. 05-411 T

(Filed: September 15, 2005)

PRESIDIO ADVISORS, LLC,
NORVEST LTD.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On September 14, 2005, the parties filed a joint motion for an enlargement of time in which to file their joint preliminary status report. The motion is hereby **GRANTED**. On or before September 21, 2005, the parties shall file a joint preliminary status report . **No further enlargement of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge