# In The United States Court of Federal Claims

No. 05-411 T

(Filed: October 12, 2005)

PRESIDIO ADVISORS, LLC,
NORVEST LTD.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference was held in this case on October 12, 2005. Participating in this conference were, on behalf of plaintiff, McGee Grigsby, and, on behalf of defendant, G. Robson Stewart. In accordance with the discussion held therein, on or before October 31, 2005, defendant shall file its motion to stay. Plaintiff's response and defendant's reply, if any, shall be filed in accordance with Rule 7.2 of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge