IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Francis M. Allegra)

PRESIDIO ADVISORS, LLC, NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

DECLARATION OF G. ROBSON STEWART

I, G. Robson Stewart, being of legal age and pursuant to 28 U.S.C., Section 1746, declare as follows:

1. I am the Department of Justice trial attorney assigned to defend the above-captioned case, and I have in my possession the Department of Justice files for this action.

2. Contained in the foregoing files are copies of certain documents obtained from the website maintained by the United States Attorney's Office for the Southern District of New York, http://www.usdoj.gov/usao/nys/pressrelease2005.html, that are relevant to this case.

3. The following exhibits are true certified copies of the foregoing documents:

Exhibit 1: KPMG Prosecution Agreement;

Exhibit 2: KPMG Information;

Exhibit 3: KPMG Statement of Facts;

Exhibit 4: Superseding Indictment, United States v. Stein, et al., 05 Crim.888 (LAK) (SDNY)

Exhibit 5: Superseding Indictment Press Release

I declare under penalty of perjury, that the foregoing is true and correct. Executed in Washington, D.C., on October 31, 2005.

s/ G. Robson Stewart
G. ROBSON STEWART
Trial Attorney
Tax Division
Court of Federal Claims Section
U.S. Department of Justice