IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Francis M. Allegra)

PRESIDIO ADVISORS, LLC, NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION TO SUSPEND

Defendant, the United States, respectfully moves that the Court suspend all proceedings in this case until the resolution of the criminal case against John Larson and Robert Pffaf currently pending in the Unites States District Court for the Southern District of New York and the ongoing criminal investigation, because they involve matters closely related to this Court of Federal Claims action. In support of this motion, the United States relies upon the accompanying brief, the complaint in this case, and the Declaration of G. Robson Stewart with attached exhibits.

Accordingly, defendant respectfully requests that the Court grant this motion and suspend

all proceedings in this case until the pending New York District Court criminal case against John Larson and Robert Pffaf is finally resolved.

Respectfully submitted,

October 31, 2005
Date

s/ G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief, Court of Federal Claims Section

October 31, 2005
Date

s/ David Gustafson
Of Counsel

Attorneys for Defendant