IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRESIDIO ADVISORS, LLC,<br>NORVEST LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-411 T<br>Judge Francis M. Allegra |

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SUSPEND

Pursuant to the Court's Order of October 12, 2005 and RCFC 7.2, plaintiff hereby responds to defendant's Motion to Suspend the above-entitled action, which was filed with the Court on November 7, 2005.

Plaintiff disagrees with defendant's grounds for its Motion to Suspend (the "Motion") and its Brief in Support of Defendant's Motion to Suspend (the "Brief"). Plaintiff also disagrees with the statements defendant makes in its Motion and Brief (and the statements contained in the exhibits attached to the Declaration of G. Robson Stewart) concerning the purported relevance of this action to certain criminal proceedings and the purported actions of John Larson, Robert Pfaff, and the so-called Presidio entities, including Presidio Advisors, LLC.

Although plaintiff disagrees with defendant's rationale and with the above-described statements, plaintiff does not oppose defendant's Motion to Suspend this action.

Respectfully submitted,

November 9, 2005
Date

s/McGee Grigsby
McGEE GRIGSBY
Attorney for Plaintiff

Latham & Watkins, LLP
555 Eleventh St., N.W.
Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)