IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Francis M. Allegra)

PRESIDIO ADVISORS, LLC, NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STATUS REPORT

Pursuant to the Court's Order of November 17, 2005, defendant, the United States, submits the following status report.

As previously reported, John Larson, Robert Pfaff, and their Presidio entities, including Presidio Advisors, Norwood Holdings, and Prevad, Inc., were involved closely in the development, promotion, sale, and implementation of fraudulent KPMG tax shelters. The United States Attorney for the Southern District of New York is prosecuting an illegal tax shelter criminal conspiracy case against Larson, Pffaf, and others involving entities and transactions that are intimately related to the matters involved in this case. Since the Court suspended proceedings in this case, the New York criminal case has been active and ongoing. Most recently, the United States Attorney for the Southern District of New York announced that German Bank Bayerische Hypo- Und Vereinsbank AG ("HVB") has admitted to criminal

wrongdoing and agreed to pay $29,635,125 in fines, restitution, and penalties as part of an agreement to defer prosecution of HVB in relation to its participation in the implementation of the fraudulent tax shelters devised by the KPMG and others. (Attached hereto are relevant public documents related to the HVB prosecution agreement.) The criminal case is set for trial on September 11, 2006.

Accordingly, defendant respectfully requests that the Court continue the stay of proceedings in this case until the pending New York District Court criminal case against John Larson and Robert Pffaf is resolved.

Respectfully submitted,

| | |
|---|---|
| February 17, 2006<br>Date | s/ G. Robson Stewart<br>G. ROBSON STEWART<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 307-6493 |
| | EILEEN J. O'CONNOR<br>Assistant Attorney General<br>DAVID GUSTAFSON<br>Acting Chief, Court of Federal Claims Section |
| February 17, 2006<br>Date | s/ David Gustafson<br>Of Counsel |

Attorneys for Defendant