IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Allegra)

PRESIDIO ADVISORS, LLC, NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S STATUS REPORT

Pursuant to the Order of this Court, the defendant files this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

As previously reported, John Larson, Robert Pfaff, and their Presidio entities, including Presdio Advisors, Norwood Holdings, and Prevad, Inc., were involved in the development, sale, and implementation of fraudulent KPMG shelters. The United States Attorney for the Southern District of New York is prosecuting an illegal tax shelter criminal conspiracy case against Larson, Pfaff, and others involving entities and transactions intimately related to the matters involved in this case. Since the Court suspended this case, the criminal case is active and ongoing. Subsequent to the prior status report, the District Court has continued the trial date

from September 11, 2006, to January 16, 2007. The reasons for the stay specified in the Government's Motion for Stay remain and are not affected by the District Court's continuance of the criminal case.

Defendant believes that the suspension of all proceedings in this case continues to be appropriate until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

August 16, 2006
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel

Attorneys for Defendant