# In The United States Court of Federal Claims

No. 05-411T

(Filed: February 20, 2007)

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 17, 2005, this case was stayed until further order of the court, and defendant was ordered to file a status report every three months reporting the progress of the ongoing criminal investigation and the criminal case pending in the Southern District of New York. On November 16, 2006, defendant filed a status report indicating that the trial date for the criminal case in the Southern District of New York has been continued, and that the presiding judge has not yet set a new date for trial. On November 20, 2006, this court ordered defendant to provide a detailed explanation to the court why it is appropriate for this case to remain stayed. On December 20, 2006, defendant filed a memorandum responding to the court's November 20, 2006, order.

Upon review of defendant's memorandum, the court has determined that the case appropriately remains stayed until further order of this court. On or before March 23, 2007, and every 91 days thereafter, the parties shall file a joint status report indicating the status of the criminal case in the Southern District of New York. Additionally, the parties shall immediately file a joint status report if progress in the criminal case may affect the scheduling of this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge