IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Allegra)

PRESIDIO ADVISORS, LLC, NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Order of this Court, the parties file this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

In its Status Report filed December 20, 2006, the Government informed the Court that the criminal case of *United States v. Stein, et al.*, No. S1 05 crim 0888 (SDNY), was set for trial to begin on September 17, 2007. That date has not changed. On May 31, 2007, the District Court issued an order requesting further briefing on the criminal defendants' Motions to Dismiss. The final briefs are due on June 29, 2007. Argument on those motions is set for July 2, 2007.

The Government's position is that the reasons for the stay specified in the Government's Motion for Stay and the Status Report filed on December 20, 2006, remain. Defendant believes that the suspension of all proceedings in this case continues to be appropriate until resolution of

the criminal case and the ongoing criminal investigation.

Plaintiff does not oppose the continued suspension of proceedings in this case. However, plaintiff disagrees with defendant's grounds for the stay as articulated in its Motion to Suspend and its December 20, 2006 Status Report. Plaintiff also disagrees with defendant's statements and characterizations in these filings and in all of defendant's other pleadings, status reports, declarations and briefs, including but not limited to (1) defendant's characterization of the relationship between the above-referenced criminal case and this action; and (2) defendant's purportedly factual assertions concerning the alleged actions of John Larson, Robert Pfaff and certain entities, including Presidio Advisors, LLC.

Respectfully submitted,

June 20, 2007
Date

s/ Kim Marie K. Boylan
KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh St., N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2235 (telephone)
(202) 637-2201 (facsimile)
Kim.Boylan@lw.com

June 20, 2007

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)
David.R.House@USDOJ.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
Attorneys for Defendant