IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Allegra)

---

PRESIDIO ADVISORS, LLC, NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

MOTION FOR LEAVE TO FILE CORRECTED JOINT STATUS REPORT

---

The parties respectfully move for leave to file a corrected Joint Status Report in this case. The Joint Status Report as filed has incorrect signature dates as well as a document number at the bottom of each page. Attached is a corrected Joint Status Report which reflects the appropriate signature dates and removes the document number.

WHEREFORE, the parties move that the Court permit the filing of the attached corrected status report.

Respectfully submitted,

September 21, 2007
Date

s/ Kim Marie K. Boylan
KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh St., N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2235 (telephone)
(202) 637-2201 (facsimile)
Kim.Boylan@lw.com

September 21, 2007

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)
David.R.House@USDOJ.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
Attorneys for Defendant