# In The United States Court of Federal Claims

No. 05-411 T

(Filed: January 8, 2008)

---

PRESIDIO ADVISORS, LLC,
NORVEST LTD.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on Tuesday, January 15, 2008, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge