IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Allegra)

---

PRESIDIO ADVISORS, LLC, NORVEST LTD.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

Pursuant to the Order of this Court dated February 20, 2007, the parties file this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

In its Status Report filed December 21, 2007, the parties informed the Court that the case of United States v. Stein, et al., No. S1 05 crim 0888 (SDNY), by Order dated November 29, 2007, was set for jury selection to begin as to John Larson, Robert Pfaff, and others, in September, 2008, with opening arguments to take place on October 2, 2008.

The Government's position is that the reasons for the stay specified in the Government's Motion for Stay and the Status Report filed on December 20, 2006, remain. Defendant believes that the suspension of all proceedings in this case continues to be appropriate until resolution of the criminal case and the ongoing criminal investigation.

Plaintiff does not oppose the continued suspension of proceedings in this case. However, plaintiff disagrees with defendant's grounds for the stay as articulated in its Motion to Suspend and its December 20, 2006 Status Report. Plaintiff also disagrees with defendant's statements and characterizations in these filings and in all of defendant's other pleadings, status reports, declarations and briefs, including but not limited to (1) defendant's characterization of the relationship between the above-referenced criminal case and this action; and (2) defendant's purportedly factual assertions concerning the alleged actions of John Larson, Robert Pfaff and certain entities, including Presidio Advisors, LLC.

Respectfully submitted,

March 20, 2008

s/ Kim Marie K. Boylan
KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh St., N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2235 (telephone)
(202) 637-2201 (facsimile)
Kim.Boylan@lw.com

March 20, 2008

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)
David.R.House@USDOJ.gov

JOHN DICICCO,
Deputy Assistant Attorney General

s/ David Gustafson
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Of Counsel
Attorneys for Defendant