IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Allegra)

PRESIDIO ADVISORS, LLC, NORVEST LTD.,
Plaintiff,
v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

Pursuant to the Order of this Court dated February 20, 2007, the parties file this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

The status has not changed since the parties' previous Status Report filed March 21, 2008. The case of United States v. Stein, et al., No. S1 05 crim 0888 (S.D.N.Y.), by Order dated November 29, 2007, is set for jury selection to begin as to John Larson, Robert Pfaff, and others, on September 22, 2008, with opening statements to take place on October 2, 2008.

The Government's position is that the reasons for the stay specified in the Government's Motion for Stay and the Status Report filed on December 20, 2006, remain. The Government believes that the suspension of all proceedings in this case continues to be appropriate until resolution of the criminal case and the ongoing criminal investigation.

Plaintiff agrees that the continued suspension of proceedings in this case is appropriate. Plaintiff continues to disagree with many of the defendant's arguments for the stay as articulated in its Motion to Suspend and its December 20, 2006 Status Report. Plaintiff also disagrees with

defendant's statements and characterizations in these filings and in all of defendant's other pleadings, status reports, declarations and briefs, including but not limited to: (1) defendant's characterization of the relationship between the above-referenced criminal case and this action; and (2) defendant's purportedly factual assertions concerning the alleged actions of John Larson, Robert Pfaff and certain entities, including Presidio Advisors, LLC. Nonetheless, Plaintiff agrees that continuing the stay is appropriate.

Respectfully submitted,

June 19, 2008
Date

s/ Kim Marie K. Boylan
KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh St., N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2235 (telephone)
(202) 637-2201 (facsimile)
Kim.Boylan@lw.com

June 19, 2008

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)
David.R.House@USDOJ.gov

JOHN DICICCO,
Deputy Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel
Attorneys for Defendant