# In The United States Court of Federal Claims

No. 05-411 T

(Filed:  January 21, 2009)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

      On January 21, 2009, the parties filed a joint status report informing the court that, on December 17, 2008, a verdict was entered in the related criminal proceeding in the United States District Court for the Southern District of New York.  In light of this verdict, the parties requested that the stay remain in place while they assess their respective options and that a further joint status report be submitted within thirty days.  Accordingly, on or before February 20, 2009, the parties shall file a joint status report indicating how this case should proceed.

      **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge