# In The United States Court of Federal Claims

No. 05-411 T

(Filed: April 13, 2009)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 13, 2009, the parties filed a joint status report requesting that the stay be reinstated while plaintiff seeks new counsel and that a further joint status report be submitted within sixty days. At this juncture, the court does not perceive a reason to reinstate the stay. Accordingly, on or before June 12, 2009, plaintiff shall file appropriate notification of its new counsel.

    **IT IS SO ORDERED.**

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge