# In The United States Court of Federal Claims

No. 05-411 T

(Filed: May 5, 2009)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On or before June 4, 2009, the parties shall file a joint status report indicating how this case should proceed, with a schedule as appropriate.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge