# In The United States Court of Federal Claims

No. 05-411 T

(Filed: June 5, 2009)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On June 4, 2009, the parties filed a joint status report, advising the court of the state of the case and requesting that another joint status report be filed within 90 days. Accordingly, on or before September 2, 2009, the parties shall file a joint status report, indicating how this case should proceed. **No further enlargements of this deadline shall be granted.**

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge