# In The United States Court of Federal Claims

No. 05-411 T

(Filed:  March 26, 2010)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On March 25, 2010, plaintiff filed an unopposed motion for extension of time to complete discovery.  Plaintiff's motion is hereby **GRANTED**.  Accordingly:

1.      On or before October 4, 2010, fact discovery shall be completed;

2.      On or before December 2, 2010, expert witness reports shall be served;

3.      On or before January 3, 2011, expert witness discovery shall be completed; and

4.      On or before January 17, 2011, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge