# In The United States Court of Federal Claims

No. 05-411 T

(Filed: June 8, 2010)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On December 28, 2009, defendant served its first set of interrogatories on plaintiff, and on December 30, 2009, defendant served its amended first set of requests on plaintiff.  Pursuant to RCFC 34(b)(2)(A) and 6(d), plaintiff's responses and objections to these requests were due on February 1, 2010, however, plaintiff and defendant entered into series of stipulations which extended plaintiff's response and production deadline until May 6, 2010.  Having not yet received any responses or production of documents, defendant filed a motion to compel plaintiff's responses to its interrogatories and document requests on May 9, 2010.

      Plaintiff has represented that it will provide its responses by June 15, 2010.  Defendant is not satisfied with this representation based on plaintiff's previous failure to comply with deadlines.  In an effort to avoid unnecessary resolution of defendant's motion, the court hereby orders that:

1.   On or before June 15, 2010, plaintiff shall serve its answers to defendant's first set of interrogatories, and shall respond to and produce documents responsive to defendant's first set of document requests; and

2.   On or before June 15, 2010, plaintiff shall file with the court a notice of compliance with this deadline.

If plaintiff fails to comply with this deadline, the court will either rule on the motion to compel or issue an order to show cause, as appropriate.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge