# In The United States Court of Federal Claims

No. 05-411 T

(Filed: July 27, 2010)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On July 9, 2010, plaintiff filed a motion pursuant to RCFC 30(a)(2)(B), seeking leave to take the depositions of two individuals who are currently confined in prison. On July 26, 2010, plaintiff filed its response. The motion is hereby **GRANTED**. Defendant may take these depositions on or before the close of fact discovery on October 4, 2010.

    **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge