# In The United States Court of Federal Claims

No. 05-411 T

(Filed:  August 10, 2010)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.

           Plaintiff,

  v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Monday, August 16, 2010, at 2:00 p.m. (EDT) to discuss discovery issues raised in connection with defendant's August 9, 2010, Motion to Compel.  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge