# In The United States Court of Federal Claims

No. 05-411C

(Filed:  September 17, 2010)
_____

PRESIDIO ADVISORS, LLC, NORVEST LTD.

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

On September 10, 2010, the parties filed a joint motion to enlarge the period for fact discovery by six months.  This is the third request the court has received for such an extension.  The court will enlarge fact discovery by **three months**, with fact discovery ending on or before **January 4, 2011**.  All depositions shall occur during this time period and both parties shall cooperate fully in this regard.  The motion is hereby **GRANTED** in part, and **DENIED** in part, and the revised schedule for discovery is as follows:

1. On or before January 4, 2011, fact discovery shall be completed;

2. On or before March 2, 2011, expert witness reports shall be served, pursuant to RCF 26(a)(2);

3. On or before April 5, 2011, expert witness discovery shall be completed; and

4. On or before April 18, 2011, the parties shall file a joint status report indicating how this case should proceed, with a proposed scheduled, if appropriate.

**No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra_____
                                                      Francis M. Allegra
                                                      Judge