# In The United States Court of Federal Claims

No. 05-411T

(Filed: November 16, 2010)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                Plaintiffs,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 12, 2010, plaintiffs filed an unopposed motion for extension to file their response to the motion for partial summary judgment. The motion is hereby **GRANTED**. Accordingly:

1. On or before December 1, 2010, plaintiffs shall file their response to defendant's motion for partial summary judgment; and

2. On or before December 15, 2010, defendant shall file its reply to plaintiffs' response.

**No further enlargements of this deadline shall be granted**.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge