IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Allegra)

---

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                            Plaintiff,

v.

UNITED STATES OF AMERICA,

                            Defendant.

---

UNOPPOSED MOTION OF THE UNITED STATES FOR
ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 23 days, from December 15, 2010, to and including January 7, 2011, within which to file its reply in support of its motion for partial summary judgment. This is the first enlargement requested for this purpose. Plaintiff's counsel has advised that plaintiff has no objection to the enlargement of time.

In support of this motion, defendant submits the following:

1. Plaintiff filed its response to defendant's motion for partial summary judgment on December 1, 2010. Pursuant to the Court's Order filed November 16, 2010, defendant's reply brief in support of its motion for partial summary judgment is currently due on December 15, 2010.

2. Due to the ongoing discovery demands of this case, defendant's trial attorney will be unable to complete a draft of the reply brief in time to meet the current December 15, 2010, deadline. In particular, she will be preparing for and taking three depositions between the filing of plaintiff's response on December 1, 2010, and the December 15, 2010, deadline for defendant's reply. The first and second such depositions took place on December 7, 2010, and December 8, 2010, in Denver, Colorado. The third deposition is scheduled for December 14, 2010, in El Paso, Texas. Defendant will be taking an additional deposition in this case on December 17, 2010, in Baltimore, Maryland.

3. The length of the requested enlargement is also based on the schedule of the reviewer in this case, who, in accordance with Tax Division policy, must review the draft of the reply after it is completed by defendant's trial attorney. After the reviewer reviews an initial draft of the reply, defendant's trial attorney will incorporate the reviewer's suggestions into the draft, and then resubmit it for a final review. The reviewer in this case, the Chief of the Court of Federal Claims Section, will be out of the office from December 24, 2010, through January 3, 2011. Although defendant's trial attorney is working on the reply in between preparing for and taking depositions, she will not be able to focus her attention on the reply until the week of December 20, 2010. She therefore does not expect to be able to finish the draft in time for the full review process to occur before the Chief of the Court of Federal Claims Section departs until January 4, 2011. The additional time requested should be sufficient to allow for the completion of the review process after the return of the Chief of the Court of Federal Claims.

For the foregoing reasons, defendant requests the Court grant this motion.

Respectfully submitted,

December 9, 2010

s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423 - telephone
(202) 514-9440 - facsimile
karen.e.servidea@usdoj.gov

JOHN A. DiCICCO
   Acting Assistant Attorney General
STEVEN I. FRAHM
   Chief, Court of Federal Claims Section

December 9, 2010

s/ Steven I. Frahm
Of Counsel
*Attorneys for Defendant*