# In The United States Court of Federal Claims

No. 05-411T

(Filed:  December 13, 2010)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                Plaintiffs,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On December 10, 2010, defendant filed an unopposed motion to enlarge the period of fact discovery.   The motion is hereby **GRANTED**.  Accordingly:

1.      On or before June 3, 2011, fact discovery shall be completed;

2.      On or before July 5, 2011, expert reports shall be served, pursuant to RCFC 26(a)(2);

3.      On or before August 5, 2011, expert discovery shall be completed; and

4.      On or before August 19, 2011, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

**No further enlargements of these deadlines will be granted**.

**IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge