# In The United States Court of Federal Claims

No. 05-411T

(Filed:  February 2, 2011)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                            Plaintiffs,

              v.

THE UNITED STATES,

                            Defendant.

_____

**ORDER**

_____

On January 26, 2011, defendant filed a motion to compel the production of documents in response to third-party subpoena, or, in the alternative, to exclude evidence of advice of counsel. On or before February 11, 2011, defendant shall notify third party Holland & Hart, LLP, of the motion to compel, pursuant to RCFC 45(c)(2)(B)(i), and file notice with the court that it has complied with this court's order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge