# In The United States Court of Federal Claims

No. 05-411T

(Filed:  February 16, 2011)
_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                Plaintiffs,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On January 26, 2011, defendant filed a motion to compel third party, Holland & Hart, LLP, to produce documents, or, in the alternative, to exclude evidence of advice of counsel.  On February 14, 2011, Holland & Hart, LLP, responded.  On or before February 24, 2011, each party shall file their replies to the third party's response.

    **IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge