IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-411 T
(Judge Allegra)

---

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                                                Plaintiff,

v.

UNITED STATES OF AMERICA,

                                                 Defendant.

---

JOINT STIPULATION REGARDING DOCUMENTS PRODUCED
BY THIRD PARTY, HOLLAND & HART, LLP

---

On January 26, 2011, defendant, the United States of America, filed a motion to compel the production of documents from a third party to this suit, the law firm of Holland & Hart, LLP, or, in the alternative, to exclude evidence of reliance on counsel. The motion sought the production of 103 documents that Holland & Hart had withheld in response to the United States's subpoena on the basis of the attorney-client privilege and the work-product doctrine. Holland & Hart filed a response in opposition to the United States's motion on February 14, 2011. Pursuant to the Court's Order of February 16, 2011, the United States and plaintiff, Norvest Ltd., each filed a separate reply brief on February 24, 2011.

As stated in plaintiff's reply brief, plaintiff's counsel, Ted H. Merriam and the Merriam Law Firm, currently represent TX Presidio Advisors, the successor entity to Presidio Advisors, which, in turn, is the entity that Holland & Hart considers to have been its client in connection

with the preparation of the withheld documents.  On February 17, 2011, Alan Smith, president of Prevad, Inc., the sole member/manager of TX Presidio Advisors sent (via email) a letter to Holland & Hart directing the firm to send copies of all the documents listed in its privilege log to the Merriam Law Firm.

On March 8, 2011, defendant received a letter from Holland & Hart advising that the current management of its former client directed Holland & Hart to produce the documents. Enclosed with the letter were the 103 documents listed in Holland & Hart's privilege log. Accordingly, the parties hereby stipulate that there is no need for the Court to rule on the United States's motion to compel.

Respectfully submitted,

s/ Ted H. Merriam by s/ Karen Servidea with permission
TED H. MERRIAM, ESQ.
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, Colorado 80202
Tel.: (303) 592-5404
FAX: (303) 592-5432
E-mail: tmerriam@taxlaw2848.com

*Attorney for Plaintiff*

March 8, 2011

s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423 - telephone
(202) 514-9440 - facsimile
karen.e.servidea@usdoj.gov

JOHN A. DiCICCO
 Deputy Assistant Attorney General
STEVEN I. FRAHM
 Chief, Court of Federal Claims Section

s/ Steven I. Frahm

March 8, 2011
Of Counsel

*Attorneys for Defendant*