# In The United States Court of Federal Claims

No. 05-411T

(Filed: March 14, 2011)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                    Plaintiffs,

           v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

A telephonic oral argument on defendant's motion for partial summary judgment will be held in this case on Tuesday, April 19, 2011, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge