# In The United States Court of Federal Claims

No. 05-411T

(Filed:  October 25, 2011)
_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                              Petitioner,

      v.

THE UNITED STATES,

                              Respondent.

_____

**ORDER**
_____

On October 20, 2011, the parties filed a joint status report in which petitioner reported that, in light of the court's October 6, 2011, decision granting defendant's motion for partial summary judgment, petitioner is considering conceding the remainder of this case.  Petitioner indicates that it requires additional time to obtain the necessary authorizations from petitioner's representatives.

Accordingly, on or before November 10, 2011, petitioner shall file either: (i) a stipulation of dismissal or other document representing plaintiff's concession of the remainder of this case; or (ii) a joint status report setting forth a proposed schedule for trial and pretrial proceedings.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge