# In The United States Court of Federal Claims

No. 05-411T

(Filed: November 10, 2011)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

          Petitioner,

v.

THE UNITED STATES,

          Respondent.

_____

**ORDER**

_____

On November 10, 2011, the parties filed a joint status report in which they requested an additional thirty days to file the appropriate documentation to terminate this proceeding. On or before December 12, 2011, the parties shall file either: (i) a stipulation of dismissal or other document representing plaintiff's concession of the remainder of this case; or (ii) a joint status report updating the court on their progress toward filing such a document.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge