# In The United States Court of Federal Claims

No. 05-411T

(Filed: December 13, 2011)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

          Petitioner,

v.

THE UNITED STATES,

          Respondent.

_____

**ORDER**

_____

On December 12, 2011, the parties filed a joint status report in which they requested an additional fifty days to file the appropriate documentation to terminate this proceeding. On or before January 31, 2012, the parties shall file a stipulation of dismissal or other document representing plaintiff's concession of the remainder of this case. If this deadline is not met, a trial date will be set. **No further enlargements will be granted.**

    **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge