# In The United States Court of Federal Claims

No. 05-411T

(Filed: February 2, 2012)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                Petitioner,

       v.

THE UNITED STATES,

                Respondent.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case to discuss a trial schedule on Wednesday, February 8, 2012, at 11:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge