# In The United States Court of Federal Claims

No. 05-411T

(Filed: February 8, 2012)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                  Petitioner,

v.

THE UNITED STATES,

                  Respondent.

_____

**ORDER**

_____

      A telephonic status conference to discuss a trial schedule that was originally scheduled for February 8, 2012, has been rescheduled for Friday, February 10, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge