# In The United States Court of Federal Claims

No. 05-411T

(Filed: February 10, 2012)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

                Petitioner,

v.

THE UNITED STATES,

                Respondent.

_____

**ORDER**

_____

      Today, a status conference was held in this case. Participating in the conference were Theodore H. Merriam, on behalf of petitioner, and Karen E. Servidea, on behalf of respondent. As discussed at that conference, on or before March 2, 2012, the parties shall file a stipulation of dismissal or other document representing plaintiff's concession of the remainder of this case, or a joint status report explaining why they remain unable to do so.

      **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge