# In The United States Court of Federal Claims

No. 05-411T

(Filed: March 13, 2012)

_____

PRESIDIO ADVISORS, LLC,
NORVEST LTD.,

              Petitioner,

    v.

THE UNITED STATES,

              Respondent.

_____

**ORDER**

_____

On March 8, 2012, the parties filed a joint stipulation for entry of judgment. It is **ORDERED** that the notice of final partnership administrative issued December 29, 2004, to plaintiff, for the taxable year 1998 is correct, except as determined herein:

| Partnership Item | As reported | As determined |
|---|---|---|
| Net gain (loss) under § 1231 | - 0 - | - 0 - |
| Ordinary Gain from the Sale of equipment | - 0 - | $ 465,000 |

The Clerk is hereby directed to enter judgment set forth pursuant to the parties' joint stipulation.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge